**FILED**

01/15/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0735

## IN THE SUPREME COURT FOR THE STATE OF MONTANA

| | | |
|---|---|---|
| STATE OF MONTANA, | ) | CAUSE NO. DA-24-735 |
|     Plaintiff/Appellee, | ) | |
| | ) | ORDER GRANTING |
| | ) | FIRST EXTENSION |
| vs. | ) | FOR OPENING BRIEF |
| | ) | |
| ZACHARY ELLIS, | ) | |
| | ) | |
|     Defendant/Appellant. | ) | |

UPON REVIEW of the Appellant's unopposed Motion for a first extension of time to submit his opening brief in this matter, and good cause appearing therefrom;

It is hereby ORDERED that the Appellant's Motion is granted. The opening brief shall be due by February 17, 2025.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 15 2025